IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANA LEE ASPIN,

        Plaintiff,

vs.                                                                                                          07 CV 455 PK LFG

WASHINGTON MUTUAL BANK F.A.,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION L.L.C. and
EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii). The parties have settled this matter.

Respectfully submitted,

_e-filed 1/11/07  Richard N. Feferman____
FEFERMAN & WARREN, Attorneys for Plaintiff Jana Lee Aspin
Richard N. Feferman
300 Central Ave. SW, Suite 2000 East
Albuquerque, New Mexico 87102
(505) 243-7773


_____
BEALL & BIEHLER, Attorneys for Washington Mutual Bank F.A.
Gregory L. Biehler (**approved by email 12/12/07**)
6715 Academy Road NE
Albuquerque, NM 87109
(505) 828 3600

_____
KING & SPALDING LLP, Attorneys for Equifax Information Services, LLC
Stephanie Cope, Esq. (**approved by email 12/12/07**)
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
404-215-5908

_____
WIGGINS WILLIAMS & WIGGINS PC, Attorneys for Equifax Information Services, LLC
Patricia G. Williams (**approved by email 12/12/07**)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400

_____
BUTT THORTON & BAEHR PC, Attorneys for Trans Union LLC
Rodney L. Schlagel (**approved by email 12/12/07**)
P.O. Box 3170
Albuquerque, New Mexico 87190
(505) 884-0777

_____
STRASBURGER & PRICE LLP, Attorneys for Trans Union LLC
M. Kasey Ratliff (**approved by email 12/12/07**)
P.O. Box 1308
2801 Network Blvd., Suite 600
Frisco, Texas 75034
(469) 287-3909

_____
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A., Attorneys for Experian Information Solutions, Inc.
Charles J. Vigil (**approved by email 12/12/07**)
PO Box 1888
Albuquerque, NM 87103
(505) 765-5900


_____
JONES DAY, for Defendant Experian Information Solutions, Inc.
Angela M. Taylor (**approved by email 12/12/07**)
3 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 851-3939